IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

QUARTEZ THOMAS,                                  *

    Plaintiff,                        *

v.                                                             Case No.  4:23-cv-86-CDL-AGH

             *

Sheriff GREG COUNTRYMAN,

             *

    Defendant.

             *

## J U D G M E N T

Pursuant to this Court's Order dated 3/4/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of March, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk